ANTHONY J. DELUCA, ESQ.
Nevada Bar No.: 006952
DELUCA & ASSOCIATES
5830 West Flamingo Road, Suite 233
Las Vegas, Nevada 89103
(702) 873-5386
Fax (702) 873-5903
anthony@deluca-associates.com

IN THE UNITED STATES BANKRUPTCY COURT
District of Nevada

| | |
|---|---|
| **In Re**: <br><br> Takehiro Mitamura <br><br><br> **Debtor(s)** | Case No. 10-10006-bam <br> Trustee: Rick A. Yarnall <br><br> Chapter: 13 <br><br> Hearing Date: N/A <br> Hearing Time: N/A |

**MOTION TO CONVERT CASE TO CHAPTER 7**

COMES NOW Takehiro Mitamura (hereinafter referred to as "debtor(s)"), by and through their attorney, Anthony J. DeLuca, Esq., and moves this Court pursuant to Pursuant to 11 U.S.C. § 1307(a) for an Order converting this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1. On January 4, 2010, the above-named Debtor(s) filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code.

2. This case has not been previously converted.

3. Debtor(s) and their attorney have reviewed the schedules and statements and circumstances of Debtor(s) and determined that this case should be converted to a chapter 7.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 13 to Chapter 7 of the Bankruptcy Code.

Dated January 6, 2010

/s/ Anthony J. DeLuca, Esq

 ANTHONY J. DELUCA, ESQ.