B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Nevada

In re  **Takehiro Mitamura**  
Debtor(s)

Case No.  **10-10006**  
Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** Joyce Lozow | **Describe Property Securing Debt:** Location: 5412 La Patera Lane, Las Vegas NV (SURRENDER) |
|---|---|

Property will be (check one):  
■ Surrendered ☐ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
☐ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
■ Claimed as Exempt ☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** Wachovia Dealer Services Inc | **Describe Property Securing Debt:** 2006 Mercedes C240 (Wife's Car) |
|---|---|

Property will be (check one):  
☐ Surrendered ■ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
■ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
■ Claimed as Exempt ☐ Not claimed as exempt

---

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No. 1

| **Lessor's Name:** -NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ YES ☐ NO |
|---|---|---|

B8 (Form 8) (12/08)  Page 2

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **January 12, 2010**      Signature  **/s/ Takehiro Mitamura**
                                           **Takehiro Mitamura**
                                           Debtor