1  Name of Attorney  Marc L. Simon, Esq.
   Bar #  1259
2  Address  5812 S. Pecos Road, Suite A
3          Las Vegas, Nevada  89120
   Phone #  702.451.7077
4  e-mail address  marc@sblaw.lvcoxmail.com

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re                                    )   BK- 10-10006-bam
                                         )   Chapter 7
Takeehiro Mitamura                       )
                                         )   NOTICE OF HEARING ON
                                         )   Motion for Relief from Automatic Stay
                                         )
                                         )   Hearing Date: May 25, 2010
                                         )   Hearing Time: 1:30 p.m.
              Debtor(s)                  )

**NOTICE IS HEREBY GIVEN** that a MOTION FOR  Relief from Automatic Stay  was filed on April 13, 2010  by  Joyce Lozow . The Motion seeks the following relief: from the Automatic Stay in order to conclude foreclosure proceedings against  . Any opposition must be filed pursuant to Local real property located at 5412 La Patera Lane, Las Vegas, NV, 89149. Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014( c).

1
2
3
4
5
6
7
8

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

9
10
11
12

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Bankruptcy Courtroom No. 3 , Las Vegas, Nevada 89101 on May 25, 2010, at the hour of 1:30 p.m.

13
14
15

DATED: April 13, 2010

SIMON & BERMAN

By: /s/ Marc L. Simon
~~Attorney/Debtor~~ Marc L. Simon, Esq.
Attorney for Joyce Lozow

16
17
18
19
20
21
22
23
24
25
26
27
28

NV_9014(NtcHrg_LV-12-09).wpd

- 2 -