E-filed on: _____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>Takeehiro Mitamura<br><br>Debtor(s),<br><br>———————————<br><br>Plaintiff,<br>vs.<br><br>Defendant. | Case No.: 10-10006-bam<br><br>Chapter 7<br><br>Adversary No.: N/A<br><br>Hearing Date: May 25, 2010<br>Time: 1:30 p.m. |

# CERTIFICATE OF SERVICE

Do not use this form to prove service of a summons and complaint. To prove service of a summons and complaint use the certificate in the court form entitled "Adversary - Summons and Notice of Scheduling Conference in an Adversary Proceeding" which is available on the court's website at www.nvb.uscourts.gov.

1. On April 13, 2010  *(date)* I served the following document(s) *(specify)*:

   Notice of Hearing on Motion for Relief from Automatic Stay
   Motion for Relief from Automatic Stay
   Declaration of Joyce Lozow in Support of Motion for Relief from Automatic Stay
   Order (Proposed) Granting Joyce Lozow's Motion for Relief from Automatic Stay

1

2.  I served the above-named document(s) by the following means to the persons as listed below:

*(Check all that apply)*

[✓] **a. ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

Anthony Deluca, Esq., Debtor's attorney, DelucaEcf@gmail.com
William A. Leonard, Trustee, biff7tte@mindspring.com
U.S. Trustee, LV - 7, USTPRegion17.LV.ECF@usdoj.gov

[✓] **b. United States mail, postage fully prepaid**
*(List persons and addresses. Attach additional paper if necessary)*

Takeehiro Mitamura
5412 La Petera Lane
Las Vegas, Nevada 89149

SEE ATTACHED

[ ] **c. Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

[ ] For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

[ ] For a party, delivery was made by handing the document(s) to the party or by leaving the document(s)at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

2

☐ **d. By direct email (as opposed to through the ECF System)**
*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

---

☐ **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

---

☐ **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.
*(A declaration by the messenger must be attached to this Certificate of Service).*

---

## I declare under penalty of perjury that the foregoing is true and correct.

Signed on *(date)*: 13 APR 2010

JANET A. WOODY-MCKINNEY
(NAME OF DECLARANT)    (SIGNATURE OF DECLARANT)
an employee of Simon & Berman

NV_7005(crt_svc).pdf

3

Copy Mailed to:

RECOVERY MANAGEMENT SYSTEMS CORPORATION
25 S.E. SECOND AVENUE
INGRAHAM BUILDING, SUITE 1120
MIAMI, FL 33131-1605

## Miscellaneous:

<u>10-10006-bam TAKEEHIRO MITAMURA</u> **Converted** 01/06/2010

| | | |
|---|---|---|
| Type: bk | Chapter: 7 v | Office: 2 (Las Vegas) |
| Assets: n | Judge: bam | Case Flag: BAPCPA, MEANSNO |

## U.S. Bankruptcy Court

## District of Nevada

Notice of Electronic Filing

The following transaction was received from MARC L SIMON entered on 4/13/2010 at 3:41 PM PDT and filed on 4/13/2010
**Case Name:**     TAKEEHIRO MITAMURA
**Case Number:**    <u>10-10006-bam</u>
**Document Number:** <u>29</u>

**Docket Text:**
362 Information Sheet Filed by MARC L SIMON on behalf of Joyce Lozow (SIMON, MARC)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Information.Sheet.signed.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/13/2010] [FileNumber=15549629-0
] [e213930c440329b7bbcd2e22dc2f5d75d7fc87d247bb5a2dc380cbb1f0a54c45b3f
1b4029557c803e9d1cb54a6c9bd2497ed5e5013057ab5e2049720a36501fc]]

**10-10006-bam Notice will be electronically mailed to:**

ANTHONY DELUCA on behalf of Debtor TAKEEHIRO MITAMURA
DelucaEcf@gmail.com

WILLIAM A LEONARD
biff7tte@mindspring.com, ca46@ecfcbis.com

MARC L SIMON on behalf of Interested Party Joyce Lozow
Marc@SBLaw.LVCoxmail.com

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

**10-10006-bam Notice will not be electronically mailed to:**

RECOVERY MANAGEMENT SYSTEMS CORPORATION
25 S.E. SECOND AVENUE
INGRAHAM BUILDING, SUITE 1120
MIAMI, FL 33131-1605

## Miscellaneous:

10-10006-bam TAKEEHIRO MITAMURA Converted 01/06/2010

Type: bk                       Chapter: 7 v                    Office: 2 (Las Vegas)
Assets: n                      Judge: bam                       Case Flag: BAPCPA, MEANSNO


U.S. Bankruptcy Court

District of Nevada

Notice of Electronic Filing

The following transaction was received from MARC L SIMON entered on 4/13/2010 at 3:45 PM PDT and filed on 4/13/2010
**Case Name:**         TAKEEHIRO MITAMURA
**Case Number:**       10-10006-bam
**Document Number:** 30

**Docket Text:**
Declaration Of: Joyce Lozow in Support of Motion for Relief from Stay Filed by MARC L SIMON on behalf of Joyce Lozow (SIMON, MARC)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Declaration.Joyce Lozow.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/13/2010] [FileNumber=15549727-0
] [acfba7debc143996c57aa879bb689121e6b5d6db4c38858caf4f97087448cf68a91
2067781aa140cad54b9068856afe6c57e4c68dca216fb2cc997d2722716db]]

**10-10006-bam Notice will be electronically mailed to:**

ANTHONY DELUCA on behalf of Debtor TAKEEHIRO MITAMURA
DelucaEcf@gmail.com

WILLIAM A LEONARD
biff7tte@mindspring.com, ca46@ecfcbis.com

MARC L SIMON on behalf of Interested Party Joyce Lozow
Marc@SBLaw.LVCoxmail.com

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

**10-10006-bam Notice will not be electronically mailed to:**

RECOVERY MANAGEMENT SYSTEMS CORPORATION
25 S.E. SECOND AVENUE
INGRAHAM BUILDING, SUITE 1120
MIAMI, FL 33131-1605

## File a Motion:

**10-10006-bam TAKEEHIRO MITAMURA Converted** 01/06/2010

| | | |
|---|---|---|
| Type: bk | Chapter: 7 v | Office: 2 (Las Vegas) |
| Assets: n | Judge: bam | Case Flag: BAPCPA, MEANSNO |

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from MARC L SIMON entered on 4/13/2010 at 3:49 PM PDT and filed on 4/13/2010

**Case Name:**　　TAKEEHIRO MITAMURA
**Case Number:**　　10-10006-bam
**Document Number:** 31

**Docket Text:**
Motion for Relief from Stay Property: 5412 La Petera Lane, Las Vegas, NV, 89149 Fee Amount $150. with Proposed Order Filed by MARC L SIMON on behalf of Joyce Lozow (SIMON, MARC)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Motion.Relief.from.Stay.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/13/2010] [FileNumber=15549787-0
] [6df276c18b11fe12f84675ad6e4b0262a252a20dadf4dd080b8bca8b20e3da713e2
14701fd908bf5bee79ddd3d78ac4f2c956e287beb7e735db676135cca7b2a]]

**10-10006-bam Notice will be electronically mailed to:**

ANTHONY DELUCA on behalf of Debtor TAKEEHIRO MITAMURA
DelucaEcf@gmail.com

WILLIAM A LEONARD
biff7tte@mindspring.com, ca46@ecfcbis.com

MARC L SIMON on behalf of Interested Party Joyce Lozow
Marc@SBLaw.LVCoxmail.com

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

**10-10006-bam Notice will not be electronically mailed to:**

RECOVERY MANAGEMENT SYSTEMS CORPORATION
25 S.E. SECOND AVENUE
INGRAHAM BUILDING, SUITE 1120
MIAMI, FL 33131-1605

## File a Notice:

10-10006-bam TAKEEHIRO MITAMURA Converted 01/06/2010

Type: bk                Chapter: 7 v            Office: 2 (Las Vegas)
Assets: n               Judge: bam              Case Flag: BAPCPA, MEANSNO

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from MARC L SIMON entered on 4/13/2010 at 3:52 PM PDT and filed on 4/13/2010
**Case Name:**    TAKEEHIRO MITAMURA
**Case Number:**  10-10006-bam
**Document Number:** 32

**Docket Text:**
Notice of Hearing *on Motion for Relief from Automatic Stay* Hearing Date: 05/25/2010 Hearing Time: 1:30 p.m. Filed by MARC L SIMON on behalf of Joyce Lozow (Related document(s)[31] Motion for Relief from Stay filed by Interested Party Joyce Lozow) (SIMON, MARC)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Notice.Hearing.signed.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/13/2010] [FileNumber=15549844-0
] [2a3d01cee6fcec561a7a90512593cdcdc1c5073426dca865c6d938363dcb72e557e
26841aedfefe79e017bbcec9afcb4a2acb7adc5afd5175062f145a5f226a7]]

**10-10006-bam Notice will be electronically mailed to:**

ANTHONY DELUCA on behalf of Debtor TAKEEHIRO MITAMURA
DelucaEcf@gmail.com

WILLIAM A LEONARD
biff7tte@mindspring.com, ca46@ecfcbis.com

MARC L SIMON on behalf of Interested Party Joyce Lozow
Marc@SBLaw.LVCoxmail.com

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

**10-10006-bam Notice will not be electronically mailed to:**

RECOVERY MANAGEMENT SYSTEMS CORPORATION
25 S.E. SECOND AVENUE
INGRAHAM BUILDING, SUITE 1120
MIAMI, FL 33131-1605