1  M
2  Ne
   SI
3  58          , Suite A
   La.  .  ..  ..  Entered on Docket
   (702) 451-7077      June 01, 2010
4  (702) 451.1002 facsimile                    _____
   marc@sblaw.lvcoxmail.com                        Hon. Bruce A. Markell
5  Attorney for Joyce Lozow                    United States Bankruptcy Judge

6                    UNITED STATES BANKRUPTCY COURT

7                    DISTRICT OF NEVADA (LAS VEGAS)

8  IN RE:                               )
                                        )   BK-10-10006-bam
9  TAKEEHIRO MITAMURA                   )
                                        )   ORDER GRANTING JOYCE
10              Debtor,                 )   LOZOW'S MOTION FOR RELIEF
                                        )   FROM THE AUTOMATIC STAY
11 _____)
                                            Hearing Date: May 25, 2010
12                                          Hearing Time: 1:30 p.m.

13                              **ORDER**

14      THIS MATTER came before the Court on Joyce Lozow's ("Lozow") Notice of and Motion
15 for Order Granting Relief from Stay ("Motion") seeking relief from the automatic stay pursuant to
16 11. U.S.C. §362(d)(1) and (2) in order to allow Lozow to continue and complete a foreclosure of her
17 interest in Property located at 5412 La Patera Lane, Las Vegas, Nevada, 89149.  Lozow's Motion
18 further requested that the Court's Order be effective upon entry and not subject to the fourteen-day
19 stay provided for under §4001(a)(3) of the Bankruptcy Rules.

20      Having reviewed the Motion for Relief, the supporting Declaration of Lozow and the Proof
21 of Service on file herein, and having further determined that due and proper notice of the Motion
22 was given, and having concluded that Debtor has no equity in the property, the property is not
23 necessary to an effective reorganization, or alternatively, that Lozow's interest is not adequately
24 protected, it is hereby,

25      ORDERED as follows:

26      1.    Lozow is granted relief from the automatic stay to immediately exercise all available
27 rights and remedies she may have with respect to the real property located at 5412 La Patera Lane,
28 Las Vegas, Nevada, 89149;

-1-

2.  This order shall be effective upon entry and not subject to the fourteen-day stay provided for under §4001(a)(3) of the Bankruptcy Rules; and

3.  This order shall be binding on all parties in interest in this proceeding, including but not limited to any trustee, committee, or debtor in possession, and shall be binding in the event of a conversion of this case to another chapter of the Bankruptcy Code, a dismissal and reopening of the case, or the filing of another case by Debtor involving the above described real property collateral.

DATED this _____ day of May, 2010.

_____
HONORABLE BRUCE A. MARKELL
United States Bankruptcy Judge

Presented by:

SIMON & BERMAN

By: _____
Marc L. Simon, Esq.
Nevada Bar No. 1259
5812 S. Pecos Road, Suite A
Las Vegas, Nevada 89120
*Attorney for Joyce Lozow*

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
_____ The court waived the requirements of LR 9021.
_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.
_____ No parties appeared or filed written objections, and the trustee is the movant.
__X__ This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below:

Debtor's counsel:
_____ Approved the form of this order        _____ disapproved the form of this order
_____ Waived the right to review the order and/or __X__ failed to respond to the document
_____ Appeared at the hearing, waiving the right to review the order
_____ Matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
_____ Approved the form of this order        _____ disapproved the form of this order
_____ Waived the right to review the order and/or __X__ failed to respond to the document

__X__ I certify that I served a copy of this Order with the Motion, and no parties either appeared or filed written objection.

Submitted by:

SIMON & BERMAN

By: /s/ Marc L. Simon
Marc L. Simon, Esq.
Nevada Bar No. 1259
5812 S. Pecos Road, Suite A
Las Vegas, Nevada 89120
*Attorney for Joyce Lozow*

-3-